No. 69–5035. JOHNSON *v.* LOUISIANA. Appeal from Sup. Ct. La. [Probable jurisdiction noted, 400 U. S. 900.] Motion of appellant for additional time for oral argument denied.

No. 70–2. UNITED STATES *v.* 12 200-FT. REELS OF SUPER 8MM. FILM ET AL. (PALADINI, CLAIMANT). Appeal from D. C. C. D. Cal. [Probable jurisdiction noted, 403 U. S. 930.] Thomas H. Kuchel, Esquire, of Beverly Hills, California, a member of the Bar of this Court, is invited to brief and argue this case as *amicus curiae* in support of the judgment below.

No. 70–4. REED *v.* REED, ADMINISTRATOR. Appeal from Sup. Ct. Idaho. [Probable jurisdiction noted, 401 U. S. 934]; and

No. 70–5026. ALEXANDER *v.* LOUISIANA. Sup. Ct. La. [Certiorari granted, 401 U. S. 936.] Motion of National Federation of Business & Professional Women's Clubs, Inc., for leave to file a brief as *amicus curiae* granted.

No. 70–18. ROE ET AL. *v.* WADE, DISTRICT ATTORNEY OF DALLAS COUNTY. Appeal from D. C. N. D. Tex.; and

No. 70–40. DOE ET AL. *v.* BOLTON, ATTORNEY GENERAL OF GEORGIA, ET AL. Appeal from D. C. N. D. Ga. Motions of National Legal Program on Health Problems of the Poor et al., American Ethical Union et al., Planned Parenthood Federation of America, Inc., et al., American Association of University Women et al., New Women Lawyers et al., Robert L. Sassone, and State Communities Aid Assn. for leave to file briefs as *amici curiae* granted. Motion of appellants for additional time for oral argument in No. 70–18 denied. Motion of American College of Obstetricians and Gynecologists et al. for leave to file a brief as *amici curiae* in No. 70–40 granted. [Probable jurisdiction postponed, 402 U. S. 941.]